BROKERS ALTERNATIVE FUNDING,
INC., a Nevada Corporation,
Plaintiffs,

Annette Juarez; Edgar Charles Juarez,
III, Plaintiffs–Appellants,

v.

HAMILTON FINANCIAL CORPORA-
TION, a California Corporation; et
al., Defendants–Appellees.

No. 99–56752.

D.C. No. CV–99–10209–RSWL.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 11, 2002.

Before GOODWIN, TROTT, and
GRABER, Circuit Judges.

MEMORANDUM **

Edgar Juarez III and Annette Juarez,
brother and sister, appeal pro se the dis-
trict court's judgment dismissing their
Racketeer Influenced and Corrupt Organi-
zations Act ("RICO") claims against Ham-
ilton Financial Services, and their attor-

neys The Buckley Firm, Lawrence J.
Buckley, and Paula Scotland. We have
jurisdiction pursuant to 28 U.S.C. § 1291.
We review de novo, *Baumer v. Pachl,* 8
F.3d 1341, 1343 (9th Cir.1993), and we
affirm in part, and dismiss in part.

The stay of proceedings previously im-
posed is lifted.

We dismiss as moot the claims against
Hamilton Financial because the bankrupt-
cy court disallowed the Appellants' claim
against Hamilton.

We proceed with the claims against the
Attorney Appellees. Because the Juarezes
failed to adequately allege a pattern of
racketeering activity, the district court
correctly dismissed the 18 U.S.C. § 1962
RICO claims. *See Sever v. Alaska Pulp
Corp.,* 978 F.2d 1529, 1535 (9th Cir.1992).
The district court properly dismissed the
conspiracy claims because an overt act
that is not an act of racketeering is not
sufficient to give rise to a cause of action
under 18 U.S.C. § 1964(c). *See Beck v.
Prupis,* 529 U.S. 494, 505, 120 S.Ct. 1608,
146 L.Ed.2d 561 (2000).

The Juarezes' contention that their fed-
eral RICO claims are not precluded by the
California litigation privilege, Cal. Civ.
Code § 47(b), fails because the district
court considered the privilege only in rela-
tion to the state law claims, the dismissal
of which the Juarezes do not appeal.

We deny Appellees' motion for judicial
notice.

AFFIRMED in part, and DISMISSED
in part.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.